```
PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
Mullins & Trenchak, Attorneys at Law
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
Attorney for Plaintiff
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KATHLEEN MCCORMICK, an individual, | CASE NO.: 2:20-cv-00471-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO STAY DISCOVERY** |
| vs. | **(First Request)** |
| ANDERSON BUSINESS ADVISORS, LLC., doing business as a domestic limited-liability company, | |
| Defendants. | |

COMES NOW, Plaintiff KATHLEEN MCCORMICK, an individual ("Plaintiff") and Defendant ANDERSON BUSINESS ADVISORS, LLC. ("Defendant"), and hereby stipulate and agree to stay all Discovery deadlines pending the Court's ruling on Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 12).

///

///

///

1

The parties also stipulate and agree that if Defendant's Motion to Dismiss Plaintiff's First Amended Complaint is not granted, a Revised Discovery Plan and Scheduling Order will by due within two (2) weeks of the Court's decision and Discovery will resume its normal course thereafter. Nothing in this stipulation shall be construed as a waiver of Defendant's right to seek a further stay of discovery, if appropriate.

Dated this 22nd day of May, 2020.

**MULLINS & TRENCHAK, ATTORNEYS AT LAW**

/s/ Philip J. Trenchak
Philip J. Trenchak, Esq.
Nevada Bar No. 9924
1614 S. Maryland Pkwy.
Las Vegas, NV 89104
*Attorney for Plaintiff*

**Wood, Smith, Henning, & Berman, LLP**

/s/ Christina Mamer
Christina Mamer, Esq
Nevada State Bar No. 13181  **MESSNER REEVES LLP**
Las Vegas, NV 89148
Telephone: (702) 251-4100
cmamer@messner.com
*Attorney for Defendant*

## ORDER

IT IS SO ORDERED _____ May 27 _____, 2020.

_____
U.S. Magistrate Judge

2