PHILIP J. TRENCHAK, ESQ.
Nevada State Bar No. 9924
Mullins & Trenchak, Attorneys at Law
1614 S. Maryland Parkway
Las Vegas, Nevada 89104
P: (702) 778-9444
F: (702) 778-9449
E: phil@mullinstrenchak.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN MCCORMICK, an individual, | CASE NO.: 2:20-cv-00471-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| ANDERSON BUSINESS ADVISORS, LLC., doing business as a domestic limited-liability company, | |
| Defendants. | |

COMES NOW, Plaintiff KATHLEEN MCCORMICK, an individual ("Plaintiff") and Defendant ANDERSON BUSINESS ADVISORS, LLC. ("Defendant"), and hereby stipulate and agree dismiss this action with prejudice,

///

///

///

1

with each party to bear their own attorney's fees and costs.

Dated this 26th day of May, 2021.

**MULLINS & TRENCHAK, ATTORNEYS**    **MESSNER REEVES LLP**
**AT LAW**


/s/ Philip J. Trenchak_____    /s/ Christina Mamer_____
Philip J. Trenchak, Esq.    Christina Mamer, Esq
Nevada Bar No. 9924    Nevada State Bar No. 13181
1614 S. Maryland Pkwy.    8945 W. Russell Road, Suite 300
Las Vegas, NV 89104    Las Vegas, NV 89148
*Attorney for Plaintiff*    Telephone: (702) 251-4100
cmamer@messner.com
*Attorney for Defendant*


## ORDER


    IT IS SO ORDERED June 1, 2021.


_____
UNITED STATES DISTRICT JUDGE